In the Matter of the Application of FRANK T. SAGE, CHARLES J. WOLCOTT, S. CLARENCE STEELE and DAVID S. RUTTY, Petitioners, for a Certiorari Order against THOMAS E. BRODERICK and Others, Constituting the Town Board of the

Town of Irondequoit, Monroe County, New York.*— Order of certiorari sustained, determination of town board annulled, and matter remitted to the town board with directions to audit the petitioner's claim by allowing the same in full, without costs of the proceeding to any party. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.